**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DEBBIE COMPTON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) ) |
| **HOBBY LOBBY STORES, INC.,** | ) ) |
| **Defendant.** | ) |

Case No. CIV-15-0731-F

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Debbie Compton, hereby stipulates with the Defendant, Hobby Lobby Stores, Inc., that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

CROWE & DUNLEVY

s/ Adam W. Childers
Adam W. Childers, OBA # 18673
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700 (Telephone)
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com

ATTORNEYS FOR DEFENDANT

s/Jana B. Leonard
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
(*signed by Adam W. Childers with permission of Jana B. Leonard*)
8262 S. Walker
Oklahoma City, OK 73139
(405) 239-3800
(405) 239-3811 (Facsimile)
leonardjb@leonardlaw.net

johnstonlw@leonardlaw.net

ATTORNEYS FOR PLAINTIFF

2769303.1